**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Lizan Pendergrass and Amy Davis** | |
| **Plaintiffs,** | Civil Action No. 3:16-cv-01635-WWE |
| **v.** | |
| **United Receivables Group, LLC; and DOES 1-10, inclusive,** | |
| **Defendants.** | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Lizan Pendergrass and Amy Davis ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the Complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: July 6, 2017**

          **Respectfully submitted,**

          **PLAINTIFFS Lizan Pendergrass and Amy Davis**

          <u>**/s/ Sergei Lemberg**</u>

          **Sergei Lemberg, Esq.**
          **LEMBERG LAW, LLC**
          **43 Danbury Road, 3rd Floor**
          **Wilton, CT 06897**
          **Telephone: (203) 653-2250**
          **Facsimile: (203) 653-3424**
          **Email: slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on July 6, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing (ECF) system and that the document is available on the ECF system.**

                                          */s/ Sergei Lemberg*

                                          **Sergei Lemberg, Esq.**